UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CHERALEE A. CARR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-CV-379 |
| | ) | |
| DEBT RECOVERY SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to this Court's Local Rule 3.2(d)(3)(B) for determination of whether it is related to another case previously filed in this Court. Applying Local Rule 3.2(d)(3)(A), the undersigned finds that this case is sufficiently related to the previously filed case of <u>Cheralee A. Carr v. Reg'l Adjustment Bureau, Inc., et. al.</u>, Case No. 3:09-CV-308 (VARLAN/SHIRLEY), that it should also be assigned to United States District Judge Thomas A. Varlan and United States Magistrate Judge C. Clifford Shirley for all further proceedings. However, consolidation of the two cases is not ordered.

**IT IS SO ORDERED.**

ENTER:

　　s/ C. Clifford Shirley, Jr.　　
United States Magistrate Judge